

**Regular Fax & Mail**

Date: 06/10/2019

**US District Court SDNY**
**500 Pearl Street Suite 1312, NYNY**

Attn: Honorable Victor Marrero
Re: Steven K.
DOB: 5/19/1967

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/19
```

Dear Sir/Madam:      *11 cr 455*

    This letter is to hereby certify that Steven Kato was admitted into our Adult Rehabilitation facility on 06/07/2019. Their estimated length of stay will be 14 – 28 days. His/her primary counselor's name is Josephine Sharkey who can be reached at (732)946-3030 and his/her extension is 2313.

    If there are any questions, please contact the primary counselor that is listed above.

Sincerely,

*Natalie Ulysse B.*, CADC Intern
Utilization Review Coordinator
(732) 946-3030 ext. 2325

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by *New Hope rehabilitation facility*.

**SO ORDERED.**

6-11-19
DATE — VICTOR MARRERO, U.S.D.J.

---

**New Hope Foundation 80 Conover Road Marlboro, NJ 07746 (732) 946-3030**

This Information has been disclosed to you from records whose confidentiality is protected by federal law. Federal regulations (42 CFR-Part 2) prohibits you from making any further disclosures of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. a general authorization for the release of medical or other information is **NOT** sufficient for this purpose