

NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

July 22, 2021

*Via ECF*
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Peal Street, Suite 660
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 7/23/2021

RE: Reappointment for Early Termination of Supervised Release
pursuant to 18 U.S.C § 3583(e)(1)
*US v. Kato, 11-CR-455 (VM)*

Dear Judge Marrero:

I am respectfully requesting to be reappointed under the Criminal Justice Act to represent Steve Kato for purposes of Early Termination of Supervised Released, pursuant to 18 U.S.C § 3583(e)(1). I represented Mr. Kato in the above criminal matter before Your Honor.

Respectfully submitted,

s/
Lorraine Gauli-Rufo, Esq.
CJA Attorney

Request **GRANTED.** Ms. Lorraine Gauli-Rufo is hereby reappointed as counsel for Mr. Kato under the Criminal Justice Act.

SO ORDERED.

7/23/2021
DATE                VICTOR MARRERO, U.S.D.J.