

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

May 3, 2022

*Via ECF*
Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007-1312

Re: *United States v. Kato* 11-CR-455 (VM)

Dear Judge Marrero:

We were previously appointed to represent Mr. Kato in the above matter for a violation of his supervised release. We were subsequently reappointed by Your Honor to seek early termination of his supervised release in July 2021. But in July 2021, after speaking with United States Probation Officer ("USPO"), Courtney Cooke, who advised he would be opposed to the early termination, we did not pursue it at that time. We are seeking reappointment at this time to seek early termination of Mr. Kato's supervised release. Although USPO Courtney Cooke has advised that he will take no position to this request, he has also indicated that Mr. Kato has been in compliance with the terms of his supervised release.

Respectfully Submitted,

s/
Lorraine Gauli-Rufo, Esq.
*CJA Attorney for Steven Kato*

---

Counsel's request to be reappointed to this matter for defendant's intended motion to terminate his supervised release is hereby GRANTED.

**SO ORDERED.**
Dated: May 5, 2022
       New York, NY

_____
Victor Marrero
U.S.D.J.